**RIDDLE et v RIDDLE**

Ohio Appeals, 5th Dist, Delaware Co
Decided Dec 10, 1929

For full opinion see 175 NE 757; 38 Oh Ap 132 (Oh Bar 6-2-31).